IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TORSHAZO WILLIAMSON,            )
                                )
        Plaintiff,               )
                                )
   v.                            )
                                )
CAPTAIN MR. BROWN, SAM PAGE,    )   1:24-cv-431
CAPTAIN MS. JENNIFER BROWN,     )
SERGEANT RODGERS, SERGEANT      )
LEE, CORPORAL T. KLUK,          )
CORPORAL ELLIS, OFFICER C.      )
DILLION, OFFICER G. BROWN,      )
OFFICER J. THOMSON, OFFICER     )
SCHORDER, OFFICER MS. ORTAGEA,  )
and NURSE JO,                   )
                                )
        Defendants.              )

## ORDER

On December 16, 2024, the United States Magistrate Judge's Order, Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 20, 21.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 20), is hereby **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction and temporary restraining order, (Doc. 12), is **DENIED.**

This the 27th day of January, 2025.

                                                 /s/ William L. Osteen, Jr.
                                                 United States District Judge